December 22, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

TELEZONE, INC. AND WAQAR AHMED, Appellants

NO. 14-15-00742-CV            V.

KINGWOOD WIRELESS, Appellee

_____

This cause, an appeal from the March 17, 2015 default judgment in favor of appellee Kingwood Wireless, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by Kingwood Wireless.

We further order this decision certified below for observance.